AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Larry Collingwood_
Plaintiff

v. _Beau Biden_
_Carl Danberg_
_Charles O'Brien_  _Tom Carper_
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07 - 653

I, _Larry Collingwood JR_ declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant    [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED OCT 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration _DE Correctional Center_  Re scanned

   **Inmate Identification Number (Required):** _193980_

   Are you employed at the institution? _No_  Do you receive any payment from the institution? _No_

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _Dover Siding Co (302) 697-9901  $600/week_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | | X |
   | b. | Rent payments, interest or dividends | | X |
   | c. | Pensions, annuities or life insurance payments | | X |
   | d. | Disability or workers compensation payments | | X |
   | e. | Gifts or inheritances | | X |
   | f. | Any other sources | X | |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   _Average $500.00 Month  Parents_

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  · · Yes   ☒ No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   · · Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE

I declare under penalty of perjury that the above information is true and correct.

10/3/2007                    *Larry Collins wood JR.*
DATE                         SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

07-653

TO: _Larry Collingwood Jr_   SBI#: _193980_

FROM: _Mercedes VALLIN_

RE: **6 Months Account Statement**

DATE: _10/10/07_

FILED
OCT 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO scanned

Attached are copies of your inmate account statement for the months of _April 2007_ to _September 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Apr | 26.29 |
| May | 5.70 |
| June | 67.13 |
| July | 32.05 |
| Aug | 10.92 |
| Sept | .00 |

Average daily balances/6 months: *23.68

*this last column
Add & subtract
multiply
or
divide
if I had
$30.00
And 30 days
1.00
30/30
#1 acts
below

Attachments
CC: File

_Mercedes Vallin_
10/10/07

_(signature)_
10/10/07

07-653

**Individual Statement**
**From April 2007 to September 2007**

Page 2 of 2

| Date Printed: 10/10/2007 | | | | |
|---|---|---|---|---|
| SBI 00193980 | Last Name Collingwood | First Name Lawrence | MI | Suffix |
| Current Location: 17 | | Comments: | | |

Beginning Month Balance: $48.85
Ending Month Balance: $0.00

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 8/14/2007 | $20.00 | $0.00 | $0.00 | $20.00 | 471518 | 56477265670 | | L COLLINGSWOOD |
| Misc | 8/15/2007 | $5.05 | $0.00 | $0.00 | $25.05 | 472388 | 11443 | REFUND 7/24/07 | THE GRAPHIC IMAGE |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($1.31) | $25.05 | 473162 | | 7/24/07 | |
| Supplies-MailPosta | 8/17/2007 | ($1.31) | $0.00 | $0.00 | $23.74 | 473643 | | | |
| Canteen | 8/28/2007 | ($23.74) | $0.00 | $0.00 | $0.00 | 478198 | | | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 489139 | | 9/13/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 489140 | | 9/13/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 489141 | | 9/12/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($5.55) | $0.00 | 489143 | | 9/12/07 | INDIGENT |
| Supplies-MailPosta | 9/27/2007 | $0.00 | $0.00 | ($3.44) | $0.00 | 491678 | | | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($10.80)

*[Handwritten annotations in margins:]*

Because I'm in prison worry of being attacked in prison by other inmates this Ross & Murder was & Centur Staff. the By Steven Roy Spence My mother Nur is Lorraine Collingwood Plate (302) 697-7749 & 1 other person who I Kevin Marks think was I went has Called & Me; her brought the Federal Court to talk to Judge Thampson Sue Robinson. J. Collinwood

FILED OCT 18 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**Individual Statement**
**From April 2007 to September 2007**

| Date Printed: 10/10/2007 | | | | | | |
|---|---|---|---|---|---|---|
| SBI: 00193980 | Last Name: Collingwood | First Name: Lawrence | MI | Suffix | Beginning Month Balance: | $48.85 |
| Current Location: 17 | | | Comments: | | Ending Month Balance: | $0.00 |

Page 1 of 2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/3/2007 | ($14.85) | $0.00 | $0.00 | $34.00 | 409447 | | | |
| Canteen | 4/17/2007 | ($15.00) | $0.00 | $0.00 | $19.00 | 415868 | | | |
| Supplies-MailPosta | 4/20/2007 | $0.00 | $0.00 | ($4.64) | $19.00 | 417737 | | 3/30/07 | |
| Supplies-MailPosta | 4/20/2007 | ($4.64) | $0.00 | $0.00 | $14.36 | 418387 | | 3/30/07 | |
| Canteen | 5/1/2007 | ($14.31) | $0.00 | $0.00 | $0.05 | 421934 | | | |
| Pay-To | 5/7/2007 | $1.00 | $0.00 | $0.00 | $1.05 | 424672 | | STOP PAY CK#16564 | |
| Mail | 5/10/2007 | $30.00 | $0.00 | $0.00 | $31.05 | 427123 | 100251735364 | | M GUBOUCH |
| Canteen | 5/15/2007 | ($30.00) | $0.00 | $0.00 | $1.05 | 427951 | | | |
| Supplies-MailPosta | 5/15/2007 | $0.00 | $0.00 | ($6.00) | $1.05 | 428606 | | 4/8/07 | |
| Supplies-MailPosta | 5/23/2007 | $0.00 | $0.00 | ($12.00) | $1.05 | 432113 | | 4/25/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.05) | $0.00 | ($4.95) | $0.00 | 437372 | | 4/8/07 | |
| Mail | 6/6/2007 | $30.00 | $0.00 | $0.00 | $30.00 | 439914 | 100278887412 | | K MIKN |
| Supplies-MailPosta | 6/12/2007 | $0.00 | $0.00 | ($3.58) | $30.00 | 441915 | | INDIGENT 6/4/07 | |
| Mail | 6/14/2007 | $75.00 | $0.00 | $0.00 | $105.00 | 443358 | 2022258 | | L COLLINGWOOD |
| Visit | 6/18/2007 | $50.00 | $0.00 | $0.00 | $155.00 | 444245 | 08601597521-01203 | | L COLLINGWOOD |
| Canteen | 6/19/2007 | ($30.00) | $0.00 | $0.00 | $125.00 | 444540 | | | |
| Supplies-MailPosta | 6/21/2007 | ($3.58) | $0.00 | $0.00 | $121.42 | 446726 | | INDIGENT 6/4/07 | |
| Supplies-MailPosta | 6/21/2007 | ($4.95) | $0.00 | $0.00 | $116.47 | 446926 | | 4/8/07 | |
| Supplies-MailPosta | 6/21/2007 | ($12.00) | $0.00 | $0.00 | $104.47 | 446964 | | 4/25/07 | |
| Pay-To | 6/27/2007 | ($23.95) | $0.00 | $0.00 | $80.52 | 448962 | | GRAPHIC IMAGE PU | |
| Supplies-MailPosta | 6/28/2007 | $0.00 | $0.00 | ($0.58) | $80.52 | 449629 | | 6/7/07 | |
| Canteen | 7/3/2007 | ($33.96) | $0.00 | $0.00 | $46.56 | 450915 | | | |
| Pay-To | 7/11/2007 | ($10.00) | $0.00 | $0.00 | $36.56 | 455323 | | KELLY CO METAL D | |
| Canteen | 7/17/2007 | ($29.69) | $0.00 | $0.00 | $6.87 | 456907 | | | |
| Mail | 7/17/2007 | $25.00 | $0.00 | ($7.47) | $31.87 | 457430 | 5710790004 | | S RIEGER |
| Supplies-MailPosta | 7/19/2007 | $0.00 | $0.00 | $0.00 | $31.87 | 458853 | | 5/30/07 | |
| Supplies-MailPosta | 7/19/2007 | ($0.58) | $0.00 | $0.00 | $31.29 | 459461 | | 6/7/07 | |
| Supplies-MailPosta | 7/19/2007 | ($7.47) | $0.00 | $0.00 | $23.82 | 459574 | | 5/30/07 | |
| Pay-To | 7/25/2007 | ($18.95) | $0.00 | $0.00 | $4.87 | 461917 | | KB SLOCUM BOOKS | |
| Canteen | 8/1/2007 | ($4.32) | $0.00 | $0.00 | $0.55 | 464072 | | | |
| Canteen | 8/14/2007 | ($0.55) | $0.00 | $0.00 | $0.00 | 471257 | | | |