07-653

## Individual Statement
### From April 2007 to September 2007

Page 2 of 2

Date Printed: 10/10/2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00193980 | Collingwood | Lawrence | | | Beginning Month Balance: | $48.85 |
| Current Location: | 17 | | | Comments: | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 8/14/2007 | $20.00 | $0.00 | $0.00 | $20.00 | 471518 | 56477265670 | | L COLLINGSWOOD |
| Misc | 8/15/2007 | $5.05 | $0.00 | $0.00 | $25.05 | 472388 | 11443 | REFUND 7/24/07 | THE GRAPHIC IMAGE |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($1.31) | $25.05 | 473162 | | 7/24/07 | |
| Supplies-MailPosta | 8/17/2007 | ($1.31) | $0.00 | $0.00 | $23.74 | 473643 | | | |
| Canteen | 8/28/2007 | ($23.74) | $0.00 | $0.00 | $0.00 | 478198 | | | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 489139 | | 9/13/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 489140 | | 9/13/07 | |
| Supplies-MailPosta | 9/20/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 489141 | | 9/12/07 | |
| Supplies-MailPosta | 9/27/2007 | $0.00 | $0.00 | ($5.55) | $0.00 | 489143 | | | |
| Supplies-MailPosta | | $0.00 | $0.00 | ($3.44) | $0.00 | 491678 | | INDIGENT | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($10.80)

---

*Handwritten annotations:*

I'm sick of being attacked in prison by other inmates & Certain Staff. Because I'm in prison carrying this Posse & Murder case by Steven Roy Spence & 1 other person who I think was Kevin Marks.

My mothers name is Lorraine Collingwood Ph# (302) 697-2249. I want her called! Me; her brought the Thing(?) Federal Court to take Judge Sue Robinson. — L Collingwood

FILED OCT 18 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE
RD scanned

I/M Laley Collins Woodk
SBI# 19380  UNIT 17 D-Upper 9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Clerk
U.S District Court
Lock Box 18  844 King Street
Wilmington De
19801