In The United States District Court
District of Delaware

07-

RE: All Pro-Se Cases Filed in This Court
As Civil Actions By Lawrence R Collingwood JR

Prothonotary,

I Need A Certified Copy of All Cases Filed in This Court Pro-Se By Lawrence R. Collingwood As Follows:

1). Court Docket For "Each" Case Filed
2). A Listing of All Cases Filed
3). A Copy of The Complaints Filed By Lawrence Collingwood JR As They Are Originally Filed! All 42 USC §1983 Actions
4). A Copy of The Original 2254 Writ of Habeus Corpus Filed By Lawrence Collingwood JR.
5). Evidence of Any Process Served on Any of The Named Defendants in Any of The Above Actions.
6). 1 Copy of This Courts Local Rules of Civil Procedure / The Copy I got was Stolen By Officers.
7). A Copy of This Courts Court Fees And Expenses
8). A list of All The Names of The Current Judges Assigned to This District Court And who is the Current Chief Judge.
9) I've Enclosed A Certified Copy of My Last 6 Month Account Statement to Verify I Am Legally Indegent And Unable to Pay Cost Out Right.

Respectfully,
Larry Collingwood JR
LARRY Collingwood JR
SBI 193986
DE Correctional Center
Bldg 17 D-Upper 9, 19977

Dated: Sat. Oct. 13, 2007

FILED
OCT 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Brian Emmens Shu Legal Assistant refused to Notorize