Sun. Oct 28, 2007

Clerk Peter Dalleo, My Actions Are Lawrence Collingwood JR

v Charles OBeef II et all.

Tonight I was given Correspondence from your Court on a Civil Action Designated # 07-653-SLR entitled Collingwood vs Beau Biden et al. quoting me $350 for the lawsuit. Enclosed is A Cover Revised 5/05 it Says $250 and Second OFF (I) already filed Complaints a 2254 writ of Habeas Corpus & various civil suits pertaining to my imprisonment and wrongful arrest on Friday August 21, 1987. Second off (I) am not a godamn "Thief" or "Murderer" or a godamn "Mental Retard" I've enclosed my School test to show you I have a 12.9 grade equivalency in Comprehending what I Read. I have a 12.5 in Math I can add, Subtract multiply & divide I have 11.0 in Language I know (how) to talk the people I'm Suing do not thats (why) "I AM Suing "Them" Do you "Comprehend & understand"? and I have a 12.9 in Spelling I know (how) to Spell.

Now, I want you to send me the following — if you don't I'm gatha News Reporter involved — to See (why) I AM STILL in prison (why) Steve Spence is NOT!

1). A Copy of your Court Civil Rules.
2). a Court Docket Showing all the Pro-Se actions I filed in this Court. from 1987 to the present.
3). I AM (reopening) my Prior Cases which have been dismissed without prejudice (NOT) making New Cases. and I AM NOT Rich I already Paid $ into these other Cases. you are not gonna take my godamn # then act like I did not Pay Shit.

[left margin: Send me a Court Docket Showing My Actions Since 1987]

[right margin: Send me The Current Court Fees & Current Cost]

[bottom right: Jay Collingwood Jr SBI 193980 De Correctial Center SHU 17 D-Upper 1181 Paddock Rd Smyrna De 19977]

P.S. / you all Seendle paperwork. Do you eat shit? ARE you a sick mother fucker? Are you a NUTCASE who suffers from Some shit called Temperal lobe Epilepsy? Meaning you killed Someone But you Don't Remember doing it? Well Neither AM I!

your Court will either entertain my legitamate Cases, (OR) I will Be having the Major Media involved Standing outside this Prison. And your Court house, As well As hundreds of American Indians who Are my Brothers & Sisters As I AM of the Real American Race, I'm of Seneca Indian Heritage.

On Friday August 21, 1987 "I" was Wrongly arrested on Charges of Armed Robbery & the shooting death of Joe Stavetto. "I" was arrested Because of False statuks made to the police against me By Kevin Marks. Dean Naturale. Tyrone Fisher. Pebbles Pappas. Sylvia Enjfans, Andy Kerr. Attorney Joeseph Gabay. And misConduct of De State police troop 3 Detective Gary Melvin. And maliciously & Wrongly Prosecuted By Prosecutor William George. As A 3rd Robbery Participant when the real Records Show Fact there was only (2) Robbers NOT (3). this Come from the Victim And (1) other was Stevespence! (you will either give me my day in Court, (OR) all hostile media Surrounding your Court house—

Steve should not get no 3 year deal Steve should Be in Prison (with) a life Sentence Because He is a Habitual offender. (I) AM NOT! Now. I AM Sick of the Constant

Lary Collingwood Jr.

*I'm not mentaly ill*
*Ins met. I was wrong*
*Convicted.*

```
                                              Collingwood, Larry

ID Number: 00193980                           Plmt MHU 6-8-04
Test Date: 06/08/04                           TABE 7/8 Basic Ed
Run Date: 06/08/04                            Ms. D. Bull

Subtests        L/F   NR   NA   SS   (GE)  NP  NC  NS   OM   Predicted GED

READING COMP    D7    47   50   653 (12.9) 98  93  9   100   Reading   56
MATH COMP       D7    16   25   544  7.7   73  62  6    50   Math      49
MATH APPS       D7    38   50   609(12.5)  94  82  8    75   Writing   48
LANGUAGE        D7    44   55   587(11.0)  88  74  7    67   Science   56
SPELLING        D7    18   20   646(12.9)  96  86  9   100   Soc/Std   57
                                                             Average   52
TOTAL MATH            54   75   576  9.6   88  74  7
TOTAL BATTERY        145  180   605(12.3)  95  84  8

L/F=Test Level & Form      NR=Number Right          NA=Number Attempted
SS=Scale Score           →(GE)=Grade Equivalent     NP=National %ile
NC=Normal Curve Equiv      NS=National Stanine      OM=% of Obj. Mastered

Objectives      Score  MST Percent   Objectives       Score  MST Percent
Level                                Level
READING COMP                         LANGUAGE
INTERP.GRAPHICS 12/12   +    100     USAGE            13/16   +    81
WDS. IN CONTEXT  5/ 5   +    100     SENTENCE FORMA.   9/10   +    90
RECALL INFORMA.  7/ 7   +    100     PARAGRAPH DEVEL   7/10   P    70
CONSTRUCT MEAN. 15/17   +     88     CAPITALIZATION    5/ 5   +   100
EVALUATE/EXTEND  8/ 9   +     88     PUNCTUATION       4/ 6   P    66
 Subtest Avg                  94     WRITING CONVEN.   6/ 8   +    75
 Subtest Avg                  80

MATH COMP
MULT.WHOLE NUM.  3/ 4   +     75     SPELLING
DIV. WHOLE NUM.  4/ 4   +    100     VOWEL             8/ 8   +   100
DECIMALS         4/ 5   +     80     CONSONANT         5/ 6   +    83
FRACTIONS        2/ 4   P     50     STRUCTURAL UNIT   5/ 6   +    83
INTEGERS         2/ 4   P     50      Subtest Avg                  90
PERCENTS         1/ 4   -     25
 Subtest Avg                  64     Total Average                 81

MATH APPS
NUMERATION       5/ 6   +     83
NUMBER THEORY    4/ 5   +     80
DATA INTERPRET.  6/ 8   +     75
PRE-ALG/ALGEBRA  5/ 6   +     83
MEASUREMENT      4/ 5   +     80
GEOMETRY         4/ 6   P     66
COMP.IN CONTEXT  6/ 7   +     85
ESTIMATION       4/ 7   P     57
 Subtest Avg                  76
```


(Rev. 5/05)

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## Instructions for Filing a Complaint by a Prisoner Under the Civil Rights Act, 42 U.S.C. § 1983

To start an action you must file an original and one copy of your complaint for the Court's use, and an additional copy for each defendant that you name. If you name a defendant who is employed by the State of Delaware, you must provide an additional copy of the complaint for service on the Attorney General. For example, if you name two defendants, you must file an original signed complaint, along with four identical copies. You should also keep an additional copy of the complaint for your own records. If you later request copies of documents previously filed in your case, you will be required to prepay the Clerk of Court for such copies.

The original signed complaint must be legibly handwritten or typewritten. Copies of the complaint may be provided in the form of photocopies of the original, or may also be exact hand or typewritten copies. You, as plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may attach supplemental pages to the complaint. **All copies of the complaint must be identical to the original and include all supplemental pages.** Note that you are required to give facts. The complaint **SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.**

Your complaint can be brought in this Court only if one of the named defendants is located within this district. Furthermore, you must file a separate complaint for each claim that you have unless all of your claims are related to the same incident or issue.

In order for your complaint to be filed by the Clerk's Office, it must be accompanied by the filing fee of $250.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants. If you are unable to prepay the filing fee and service costs for this action, you may petition the court to proceed *In Forma Pauperis*, by submitting an Application to Proceed Without Prepayment of Fees (AO Form 240).

**When/if the Court orders service** of your complaint by the U.S. Marshal, you will **then** be required to provide a completed **U.S. Marshal 285 form** for each person you have named as a defendant, and for the Attorney General if you have named State of Delaware defendants. If you fail to supply a U.S. Marshal 285 form for a defendant, that defendant cannot be served with process and may be dismissed from the case.

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. Certain kinds of personal information should not be included on public filings except in limited fashion. For example: (1) the names of minor children should not be used, only their initials; (2) only the last four digits of a social security number should be used; (3) a full date of birth should not be used, only the year of birth need be given; and (4) only the last four digits of any financial account should be included. Caution should also be used when filing documents that contain the following: (1) personal identifying numbers, such as driver's license numbers; (2) medical records; (3) employment history; (4) individual financial information; (5) proprietary or trade secret information; (6) information regarding cooperation with the government; (7) victim information; and (8) national security information.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE COLLINGWOOD, JR., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civ. No. 07-653-SLR ) |
| BEAU BIDEN, CARL DANBERG, and TOM CARROL, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

1. The plaintiff Lawrence Collingwood, Jr., SBI #193980, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2. Consistent with 28 U.S.C. § 1915(a)(1) and (2), the plaintiff has submitted: (1) an affidavit stating that he has no assets with which to prepay the filing fee; and (2) a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. Based on the plaintiff's submissions, his request to proceed in forma pauperis is granted.

3. Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff shall be assessed the filing fee of $350.00 and shall be required to pay an initial partial filing fee of 20 percent (20%) of the greater of his average monthly deposit or average monthly balance in the trust fund account.

4. In evaluating the plaintiff's account information, the Court has

determined that the plaintiff has an average account balance of $22.88 for the six months preceding the filing of the complaint. The plaintiff's average monthly deposit is $39.34 for the six months preceding the filing of the complaint. Accordingly, the plaintiff is required to pay an initial partial filing fee of $7.87, this amount being 20 percent (20%) of $39.34, the greater of his average monthly deposit and average daily balance in the trust fund account for the six months preceding the filing of the complaint. **Therefore, the plaintiff shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward the $7.87 initial partial filing fee and subsequent payments to the Clerk of the Court. FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE. NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

      5.  Upon receipt of this order and the authorization form, the Warden or other appropriate official at Delaware Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall be required to deduct the $7.87 initial partial filing fee from the plaintiff's trust account, when such funds become available, and forward that amount to the Clerk of Court. Thereafter, absent further order of the

Court, each time that the balance in plaintiff's trust account exceeds $10.00, the Warden or other appropriate official at the Delaware Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's trust account and forward that amount to the Clerk of Court.

6. Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: 10/25/07

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE COLLINGWOOD, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-653-SLR ) |
| BEAU BIDEN, CARL DANBERG, and TOM CARROL, | ) ) ) ) |
| Defendants. | ) |

## AUTHORIZATION

I, Lawrence Collingwood, Jr., SBI #193980, request and authorize the agency holding me in custody to disburse to the Clerk of Court the initial partial filing fee of $7.87 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _October 25_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____
Signature of Plaintiff

[Envelope image with handwritten addresses:]

Return address:
Larry "J.P." Collingwood
SBI 193890
De Correctional Center
SHu Bldg 17 D-upper
1181 Paddock Rd
Smyrna DE, 19977

Postage mark: $00.580, OCT 29 2007, MAILED FROM ZIPCODE 19977

Addressed to:
Clerk: Peter Dalleo
Lock Box 18
U.S. District Court
District of Delaware
844 N King Street
Wilmington DE 19801

LEGAL MAIL