IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE COLLINGWOOD, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-653-SLR |
| | ) |
| BEAU BIDEN, CARL DANBERG, and | ) |
| TOM CARROLL, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 9th day of November, 2007, having considered plaintiff's letter/motion regarding the filing fee amount, a request for a copy of the local rules, copies of all court dockets for cases he filed from 1987 to the present, and requests to reopen each of his previously closed cases;

IT IS ORDERED that plaintiff's motion (D.I. 6) is **denied** for the following reasons,

1. Plaintiff Lawrence Collingwood, Jr. ("plaintiff"), an inmate housed at the Delaware Correctional Center ("DCC"), proceeds pro se and was granted leave to proceed without prepayment of fees. At that time the court assessed a $350.00 filing fee as required by 28 U.S.C. § 1915. (D.I. 5) Plaintiff takes exception to the filing fee amount. Plaintiff was assessed the correct filing fee. The filing fee for civil cases was increased in February 2006 from $250.00 to $350.00. 28 U.S.C. § 1914.

2. Plaintiff asks for a copy of the local rules and copies of court dockets. Pursuant to 28 U.S.C. § 1915, a plaintiff who is allowed to proceed without payment of fees is required to pay for copies and the local rules. The fee for copies, including

docket sheets, is fifty cents ($.50) per page and prepayment for copies is required. Should plaintiff wish to receive copies of court dockets he must submit his request along with a check or money order payable to Clerk, U.S. District Court.

    3. Plaintiff also requests a copy of the local rules. The clerk's office provides the District Court's local rules for purchase at $2.00, check or money order payable to Clerk, U.S. District Court. A free copy may also be obtained on disk when a blank diskette is provided. Also, a copy of the local rules is available at the law library of the institution where plaintiff is incarcerated.

    4. Plaintiff states that he is "reopening my prior cases" without mentioning any case numbers. Plaintiff is required to file a motion **in each case** that he seeks to reopen. His wholesale request is not considered.

    5. Plaintiff's letter/motion is laced with profanity. Plaintiff has been warned by this court on more than one occasion that such filings are inappropriate. Plaintiff is **placed on notice** that the court **will not act** upon any court filing containing profanity.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE