11/17/2007.

Clerk,                  Asigned To: SLR.   Give me the Case # for each of these Cases
US District Court,

Re. All Cases Filed By Me Pro-Se
Collingwood v Joeseph. Gabry et.al.
Collingwood v William Nicholas et.al
Collingwood v Ellis Rubin et.al
Collingwood v Howard Hillis et.al
Collingwood v Stan Taylor et.al
Collingwood v W. Curtis Riddle et.al
Collingwood v Tamara Brittingham et.al
Collingwood v Tom Carrol. Elizabeth Burris et.al   2254 Habeas Corpus.

Collingwood vs Charles Oberly III et.al.

I did not file no civil Cmplnt Collngwood v Biden.
I filed these! ↓ 07-cv.653

listen, in 1987 (I) was arrested at my Jobs. Wrong, and I am Sueing for that, Plus for Being Misrepresented and for false & defamatory articles Being Printed in the Newspapers about me which is (wrong)! I have and I forwarded to Judge Sue. L. Robinson in 2000 the real records from Jane Brady 03-86-1264. which prove it. Their police reports. But I have Been attacked in prison, my property stolen and I Been charged money which I'm not wealthy on these previous cases which I want to reopen! the forms I was given from the prison lawclerk Said the cost of Any New Civil Cmplnts was $250. I don't know not $350. I also asked for Jury trials which your Court has not Scheduled on the calender, and I am getting tired of Paper Foly).
I'm getting a Plaintiff lawyer and I'll Be Back in Court then.

If you cared about the truth you'd send me what I asked for. And give me my Day in your court As I'm Entitled to USCA. Amed 1, 7, 14.

Larry JR Collingwood
SBI # 193980
De. Correctional Center
SHU Bldg 17 D-upper 9
1181 Paddock Road
Smyrna De 19977

<u>Do Not</u> Be Sending No more Correspondence to me from your Court — on A Case I have Not Filed on —

I will Be Reopening the mentioned Cases enclosed when I get <u>legal Assistance</u>!

You Said that Copies For docket sheets And Complaints is 50¢ A Page.

How Many Pages is the Habeus Corpus I Filed Back in August 2000? And the Docket Sheet?

How Many Pages is the Civil Suit Collingwood v Charles Oberle III et al? And the Docket sheet?

I wont 1 <u>Certified</u> Copy of Both. How Much is it?

Jay Collingwood JR



FILED
NOV 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Lawrence Collingwood, Jr
#193980
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Civ.No. 07-653-SLR

U.S.M.S
X-RAY

Judge S.L.R. Legal Mail

Clerk- US District Court
Lock Box 18
844 N King Street
Wilmington DE 19801



UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975
$00.410
NOV 17 2007
MAILED FROM ZIP CODE 19977