OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

November 20, 2007

TO: Lawrence Collingwood, Jr.
　　#193980
　　Delaware Correctional Center
　　1181 Paddock Road
　　Smyrna, DE 19977

　　**RE:  Request for Copywork; CA 07-653(SLR)**

Dear Mr. Collingwood:

　　A letter has been received by the Clerk's Office from you requesting case numbers and quotes for copywork. Enclosed is a list of your cases in the District Court. Please be advised that cases CA 00-783 and CA 03-79 are located at the Federal Records Center in Philadelphia, Pennsylvania.  The cost for us to temporarily retrieve these records for copywork is $45.00, which must be paid for in advance, prior to copywork calculations, etc.  Also, please note that in accordance with the directive from the Judicial Conference of the United States the fee for copy work is $.50 (fifty) cents per page.  Any copy work you may request would be in addition to the noted retrieval fee.

　　To begin the process of retrieving subject case file from the Archives, you should forward a check or money order for $45.00, payable to Clerk, U.S. District Court.  When the case files arrive from the Archives, we will then be able to calculate the cost for the items that you want copied, such as the complaints.

　　Please be advised that the fee for a copy of the docket in CA 00-783 is $6.00. And the fee for a copy of the docket in CA 03-79 is $2.00.

      Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK

cc:   The Honorable Sue L. Robinson
enc: List of Cases