Monday Nov 26, 2007

07-653 (SLR)

Clerk,

I Received a mailing from you dated Nov 20, 2007 listing cases I filed. You told me it cost me $45.00 to Retrieve the Habeus Corpus and other civil actions Relating to my incarceration. I am legally indigent which you already know so either Negatively Bill me (or) add it to my Court Cost. You know I'm a Prisoner with little income which is (why) I filed IFP Application. My legal case

I want 1 xerox of title page only! 04-CR-9??

[signature]
S??



FILED
NOV 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

