IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE COLLINGWOOD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-653-SLR |
| ) | |
| BEAU BIDEN, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, plaintiff, Lawrence Collingwood, Jr. filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this court granted plaintiff leave to proceed without prepayment of fees, and on October 25, 2007, entered an order requiring plaintiff to complete and return an authorization form within thirty days or the case would be dismissed (D.I. 5);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from plaintiff;

THEREFORE, at Wilmington this 10th day of December, 2007, IT IS HEREBY ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE