Monday 4-26-2021

United States District Court
For The District of Delaware
J. Caleb Boggs Bldg.
844 King Street
Lock Box 18
Wilmington De. 19801

FILED
APR 29 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Legal Records of Lawrence Robert Collingwood JR

Clerk,
Greetings!
My name is Lawrence Collingwood JR SBI# 00193980
I am wrongly in Prison! I was visited by Captain Robert C Hawkins from De. State Police Troop 3 He told me Andy Kerr should be in Prison Not me.
Between 1-1998 and 12-2000 I attempted to file a 2254 writ of Habeus Corpus and a 1983 Civil Lawsuit For Wrongful Conviction in This Court. Both matters were assigned to Judge Sue Robinson.
Along with sending Pro-Se Petitions, I sent Personal Court Records, Transcripts, and Notes to Judge Robinson which showed my innocence.
Approximately 3-weeks later, my cell was shook down by approximately 15- Correctional officers, they took my box of Legal Records and left!

⟨OVER ⟶

I don't Know "WHO" ORCASTRATED this To Be done but I Know it was done to ATTEMPT To Cover up my WRONGFul Conviction And The Police Misconduct of Detective Gary Melvin From Troop 3 who is The Cop who had me Arrested without Legal Probable Cause. I'm Asking you to go into the Archives of this Court and Send me 1-Copy of All of My Records I Filed in this Court.

Your Reply to this Request is Appreciated!

Sincerly
Lawrence Robert Collingwood Jr
SBI # 00193980
James T Vaughn Correctional Center
Bldg W-H-5
1181 Paddock Road
Smyrna, DE. 19977

I/M Lawrence Collingwood JR

SBI# 00193980    UNIT W-H-5

JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

27 APR 2021 PM 3 T

U.S.M.S. X-RAY

Clerks Office
United States District Court (DE)
J. Caleb Boggs Bldg. 844 King Street
Lock Box 18
Wilmington, DE. 19801

FILED
APR 29 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE